IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID SARGENT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 07-488-GPM |
| SARAH DILLMAN, *et al.*, | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for preliminary review of the complaint pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**DATED**: 08/19/08

NORBERT G. JAWORSKI, CLERK

By: Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge